IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WINSTON MCINTYRE, #N74533,

      Plaintiff,

v.

ROBERT BLUM and
SCOTT THOMPSON,

      Defendants.

Case No. 19-154-NJR

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

      Plaintiff Winston McIntyre filed this action in February 2019 alleging Defendants were deliberately indifferent to his serious medical needs in violation of the Eighth Amendment (*see* Doc. 5). After the Court entered its Initial Scheduling Order setting forth a timeline for addressing the affirmative defense of exhaustion of administrative remedies on March 9, 2020 (Doc. 35), McIntyre filed a "Motion to Terminate Civil Litigation," which was docketed on March 13, 2020 (Doc. 36). In this pleading, McIntyre advises the Court that to continue this litigation would "burden his already strained financial resources" and "constitute a wasteful expenditure of the Court's time and judicial economy" and asks for the case to be dismissed. Defendants have responded that they do not object to McIntyre's request (Docs. 37, 42).

      Moreover, the Court notes that McIntyre did not file a timely response to Defendant Blum's motion for summary judgment based on his failure to exhaust

administrative remedies. Thus, the Court is convinced that McIntyre has not had a change of heart since he filed his motion seeking voluntary dismissal and does, in fact, which to end this litigation.

Accordingly, the Court **GRANTS** the Motion to Terminate Civil Litigation (Doc. 36) and **DISMISSES** this action without prejudice. The Court likewise **GRANTS** Defendant Blum's motion for failure to exhaust administrative remedies, as McIntyre's failure to respond to the motion is deemed an admission of the merits. The Clerk of Court shall enter judgment accordingly and close this case.

**IT IS SO ORDERED.**

DATED:   June 10, 2020

*[signature: Nancy J. Rosenstengel]*

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**