IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WINSTON MCINTYRE, #N74533,

    Plaintiff,

v.

    Case No. 19-154-NJR

ROBERT BLUM and
SCOTT THOMPSON,

    Defendants.

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of June 10, 2020, this action is **DISMISSED without prejudice**.

DATED:   June 10, 2020

                                  MARGARET M. ROBERTIE,
                                Clerk of Court

                                By:   s/ *Deana Brinkley*
                                      Deputy Clerk

APPROVED:   s/ *Nancy J. Rosenstengel*
                    NANCY J. ROSENSTENGEL
                    Chief U.S. District Judge